**COPY**

Rose M. Zoia • sbn 134759
Law Office of Rose M. Zoia
50 Old Courthouse Square, Suite 600
Santa Rosa CA 95404
ph 707.526.5894
fax 707.526.5895
Attorneys for Plaintiff

E-filing

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,

Defendants.

CASE NUMBER _____ TEH

**NOTICE OF ELECTION TO PREPARE ADMINISTRATIVE RECORD OF PROCEEDINGS**

BY FAX

Petitioner Rohnert Park Citizens to Enforce CEQA elects to prepare the administrative record of proceedings in this matter.

Dated: August 31, 2007        Law Office of Rose M. Zoia

_____/s/_____
Rose M. Zoia (as authorized on 08/31/07)
Attorney for Plaintiff

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sonoma. I am over the age of eighteen years and not a party to the within entitled action. My business address is 50 Old Courthouse Square, Suite 600, Santa Rosa, California 95404.

On August 31, 2007, I served one true copy of NOTICE OF ELECTION TO PREPARE ADMINISTRATIVE RECORD OF PROCEEDINGS by mailing via U.S. Postal Service, first-class, certified mail, postage pre-paid, to the entities and addresses listed below:

U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
*Defendants United States Department of Transportation, Federal Highway Administration*

U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
*Defendants United States Department of Transportation, Federal Highway Administration*

United States Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612
*Defendants United States Department of Transportation, Federal Highway Administration*

Attorney General of the United States U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Defendants United States Department of Transportation, Federal Highway Administration*

Caltrans District 4
P.O. Box 23660
Oakland, CA 94623-0660

and by mailing via U.S. Postal Service, first-class, pre-paid postage, to the persons or entities and addresses listed below:

State of California
Office of the Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244-2550
*Defendant California Department of Transportation*

Sally Magnani Knox
Deputy Attorney General
State of California
Department of Justice
P. O. Box 944255
Sacramento CA 94244-2550
*California Attorney General*

State of California
Office of the Attorney General
455 Golden Gate
Suite 11000
San Francisco, CA 94102-7004
*Defendant California Department of Transportation*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2007, at Santa Rosa, California.

_____/s/_____
Rose M. Zoia (as authorized on 08/31/07)