```
Rose M. Zoia • sbn 134759
Law Office of Rose M. Zoia
50 Old Courthouse Square, Suite 600
Santa Rosa CA 95404
ph 707.526.5894
fax 707.526.5895
Attorneys for Plaintiff
```

FILED
07 SEP -6 PM 3: 34
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>Defendants.<br>_____/ | CASE NUMBER C 07 4607<br><br>TEH<br><br>**NOTICE OF COMMENCEMENT OF ACTION**<br>[CEQA]<br><br>BY FAX |

TO THE CALIFORNIA DEPARTMENT OF TRANSPORTATION:

Notice is hereby given that, on August 31, 2007, an action will be commenced against you by the filing of a Complaint for Declaratory, Mandamus, and Injunctive Relief for Violations of the National Environmental Policy Act, Administrative Procedure Act, the California Environmental Quality Act, and the California Public Records Act challenging your processing and alleged approval of the Wilfred Avenue Interchange Project in violation of, among other things, the California Environmental Quality Act.

Dated: August 31, 2007        Law Office of Rose M. Zoia

                              ____/s/_____
                              Rose M. Zoia
                              **Attorney for Plaintiff** (as authorized on 08/31/07)

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the County of Sonoma. I am over the age of eighteen years and not a party to the within entitled action. My business address is 50 Old Courthouse Square, Suite 600, Santa Rosa, California 95404.

On August 31, 2007, I served one true copy of NOTICE OF COMMENCEMENT by faxing and by mailing via U.S. Postal Service, first-class, certified mail, postage pre-paid, to:

Caltrans District 4
P.O. Box 23660
Oakland, CA 94623-0660
*FAX 1-510-286-6299*

by mailing via U.S. Postal Service, first-class, certified mail, postage pre-paid, to the entities and addresses listed below:

| | |
|---|---|
| U.S. Attorney's Office<br>Northern District of California<br>450 Golden Gate Avenue<br>11th Floor<br>San Francisco, CA 94102<br>*Defendants United States Department of Transportation, Federal Highway Administration* | U.S. Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>P.O. Box 4390<br>Ben Franklin Station<br>Washington, DC 20044-4390<br>*Defendants United States Department of Transportation, Federal Highway Administration* |
| United States Attorney's Office<br>1301 Clay Street<br>Suite 340S<br>Oakland, CA 94612<br>*Defendants United States Department of Transportation, Federal Highway Administration* | Attorney General of the United States U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>*Defendants United States Department of Transportation, Federal Highway Administration* |

and by mailing via U.S. Postal Service, first-class, pre-paid postage, to the persons or entities and addresses listed below:

| | |
|---|---|
| State of California<br>Office of the Attorney General<br>1300 "I" Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>*Defendant California Department of Transportation* | Sally Magnani Knox<br>Deputy Attorney General<br>State of California<br>Department of Justice<br>P. O. Box 944255<br>Sacramento CA 94244-2550<br>*California Attorney General* |
| State of California<br>Office of the Attorney General<br>455 Golden Gate<br>Suite 11000<br>San Francisco, CA 94102-7004<br>*Defendant California Department of Transportation* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2007, at Santa Rosa, California.

_____/s/_____
Rose M. Zoia (as authorized on 08/31/07)