Rose M. Zoia • sbn 134759
Law Office of Rose M. Zoia
50 Old Courthouse Square, Suite 600
Santa Rosa CA 95404
ph 707.526.5894
fax 707.526.5895
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>Defendants.<br>_____/ | CASE NUMBER C 07-04607 THE<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that she has effected service of ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, and ECF REGISTRATION INFORMATION HANDOUT via United States Postal Service, first class, postage prepaid on the following entities and/or persons:

Caltrans District 4
P.O. Box 23660
Oakland, CA 94623-0660

U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
*Defendants United States Department of Transportation, Federal Highway Administration*

U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
*Defendants United States Department of Transportation, Federal Highway Administration*

| | | |
|---|---|---|
| 1 | United States Attorney's Office<br>1301 Clay Street | Attorney General of the United<br>States U.S. Department of Justice<br>950 Pennsylvania Avenue, NW |
| 2 | Suite 340S<br>Oakland, CA 94612 | Washington, DC 20530-0001<br>*Defendants United States Department* |
| 3 | *Defendants United States Department of<br>Transportation, Federal Highway* | *of Transportation,  Federal Highway<br>Administration* |
| 4 | *Administration* | |
| 5 | | State of California<br>Office of the Attorney General |
| 6 | | 455 Golden Gate<br>Suite 11000 |
| 7 | | San Francisco, CA 94102-7004 |
| 8 | | *Defendant California Department<br>of Transportation* |
| 9 | | |
| 10 | Dated: September 17, 2007 | Law Office of Rose M. Zoia |
| 11 | | |
| 12 | | ____/s/_____ |
| 13 | | Rose M. Zoia<br>**Attorney for Plaintiff** (as authorized on 09/17/07) |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the County of Sonoma. I am over the age of eighteen years and not a party to the within entitled action. My business address is 50 Old Courthouse Square, Suite 600, Santa Rosa, California 95404.

On August 31, 2007, I served one true copy of NOTICE OF COMMENCEMENT by faxing and by mailing via U.S. Postal Service, first-class, certified mail, postage pre-paid, to:

Caltrans District 4
P.O. Box 23660
Oakland, CA 94623-0660
*FAX 1-510-286-6299*

by mailing via U.S. Postal Service, first-class, certified mail, postage pre-paid, to the entities and addresses listed below:

U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
*Defendants United States Department of Transportation, Federal Highway Administration*

United States Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612
*Defendants United States Department of Transportation, Federal Highway Administration*

U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
*Defendants United States Department of Transportation, Federal Highway Administration*

Attorney General of the United States U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Defendants United States Department of Transportation, Federal Highway Administration*

and by mailing via U.S. Postal Service, first-class, pre-paid postage, to the persons or entities and addresses listed below:

State of California
Office of the Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244-2550
*Defendant California Department of Transportation*

Sally Magnani Knox
Deputy Attorney General
State of California
Department of Justice
P. O. Box 944255
Sacramento CA 94244-2550
*California Attorney General*

State of California
Office of the Attorney General
455 Golden Gate
Suite 11000
San Francisco, CA 94102-7004
*Defendant California Department of Transportation*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2007, at Santa Rosa, California.

_____/s/_____
Rose M. Zoia (as authorized on 08/31/07)

-3-