POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rose Zoia, 134759<br>LAW OFFICE OF ROSE M ZOIA<br>50 Old Courthouse Square Suite 600<br>Santa Rosa, CA 95404<br>TELEPHONE NO.: (707) 526-5894<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 SEP 17 PM 3:39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Rohnert Park Citizens to Enforce CEQA | CASE NUMBER<br>C074607TEH |
| DEFENDANT/RESPONDENT: Calfiornia Department of Transportation, United St | |
| PROOF OF SERVICE OF SUMMONS | Ref. No or File No.:<br>Wilfred |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Cover Sheet, Complaint, Notice of Election to Prepare Administrative Record of Proceedings, Notice of Commencement of Action, Order Setting Initial Case Management Conference

3. a. Party served: U.S. Attorney's Office

   b. Person Served: Diann Lackey - Person authorized to accept service of process

**BY FAX**

4. Address where the party was served: 450 Golden Gate Avenue 11th Floor
   San Francisco, CA 94102

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 14, 2007   (2) at (time): 11:40 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers
   a. Name: Ceaser Railey
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 850
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 14, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6647616

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Rose Zoia, 134759 <br> LAW OFFICE OF ROSE M ZOIA <br> 50 Old Courthouse Square Suite 600 <br> Santa Rosa, CA 95404 <br> TELEPHONE NO.: (707) 526-5894 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY <br><br> FILED <br> 07 SEP 17 PM 3: 36 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Rohnert Park Citizens to Enforce CEQA <br> DEFENDANT/RESPONDENT: Calfiornia Department of Transportation, United St | CASE NUMBER: <br> C074607TEH |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> Wilfred |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Cover Sheet, Complaint, Notice of Election to Prepare Administrative Record of Proceedings Notice of Commencement of Action, Order Setting Initial Case Management Conference

3. a. Party served: Office of the Attorney General

   b. Person Served: Alex Wasser, Office of Attorney General - Person authorized to accept service of process

4. Address where the party was served: 1300 I Street
   Sacramento, CA 94244

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 12, 2007   (2) at (time): 10:14 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Office of the Attorney General

   under:      CCP 416.50 (public entity)

7. Person who served papers
   a. Name:        Tyler Dimaria
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 13, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6647612