UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rohnert Park Citizens to Enforce CEQA,

           Plaintiff(s),

           v.

CA Dept. of Transportation, et al.,

           Defendant(s).
_____/

CASE NO. C 07-04607 TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/10/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rose Zoia | Plaintiff RPCEC | 707-526-5894 | rzoia@sbcglobal.net |
| Janet Wong | Defendant Caltrans | 415-904-5700 | janet_wong@dot.ca.gov |
| Charles O'Connor | Defendant US DOT | 415-436-7180 | charles.oconnor@usdoj.gov |
| Brett Gainer | Defendant FHWA | 916-498-5891 | brett.gainer@fhwa.dot.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/19/2007

Rose M. Zoia
Attorney for Plaintiff

Dated: 11/19/2007

/s/ as authorized on 11/19/07
Attorney for Defendant