UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rohnert Park Citizens to Enforce CEQA

       Plaintiff(s),

v.

California Department of Transportation,
United States Department of
       Defendant(s).

Case No. C 07 4607 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/20/2007                                   /s/ Melanie Brent for CA State
                                                               [Party]

Dated: 11/19/2007                                   /s/ Lois H. Yoshida for CA
                                                               [Counsel]