1  Rose M. Zoia ◆ sbn 134759
2  Law Office of Rose M. Zoia
3  50 Old Courthouse Square, Suite 600
   Santa Rosa CA 95404
4  ph 707.526.5894
5  fax 707.526.5895
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>    Defendants.<br>_____/ | CASE NUMBER C 007-4607 TEH<br><br><br>**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL** |

-1-

Notice of Change of Address

1
2
3
4   Plaintiff's counsel, Rose M. Zoia, has changed her address to **a new suite**
5   **number**, so that her new address is as follows:
6
7   Law Office of Rose M. Zoia
    50 Old Courthouse Square, **Suite 401**
8   Santa Rosa, California  95404
9
10  All other contact information remains the same.
11  Dated:  December 4, 2007          Law Office of Rose M. Zoia
12
13  _____/s/_____
    Rose M. Zoia, Counsel for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

_____
Notice of Change of Address