UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: December 10, 2007

**Case No:** C 07-04607 TEH

**Case Title**: ROHNERT PARK CITIZENS v. CA DEPT OF TRANSPORTATION, et al.

**Appearances:**

    For Plaintiff(s): Rose Zoia

    For Defendant(s): Charles O'Connor, Janet Wong

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

### SUMMARY

- This Court will issue order re: briefing schedule after receiving recommendation(s)/statement from the ADR Dept.