United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROHNERT PARK CITIZENS TO ENFORCE CEQA,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,

Defendants.

NO. C07-4607 TEH

CASE MANAGEMENT ORDER AND ORDER REFERRING CASE TO MEDIATION

Pursuant to the parties' stipulation during the December 6, 2007 alternative dispute resolution ("ADR") phone conference, this matter is HEREBY REFERRED to the ADR program office for mediation. Mediation shall be completed within ninety calendar days of the date of this order.

At the December 10, 2007 case management conference, Defendant California Department of Transportation stated its intention to file a motion to dismiss on January 16, 2008, noticed for hearing on March 3, 2008. The parties shall meet and confer to discuss whether it would be efficient for the parties to brief, and the Court to hear, this motion pending mediation.

Also at the December 10, 2007 case management conference, the Court discussed with the parties potential briefing schedules for dispositive motions. The Court finds it would be inefficient and counterproductive for such briefing to occur while mediation remains pending. Accordingly, IT IS HEREBY ORDERED that, if this case does not settle

at mediation, the parties shall meet and confer and file a joint case management statement on or before **March 24, 2008,** and, unless otherwise ordered, shall appear for a further case management conference on **March 31, 2008, at 1:30 PM.**

**IT IS SO ORDERED.**

Dated:   12/18/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT