1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rohnert Park Citizens to Enforce CEQA,<br><br>Plaintiff(s),<br><br>v.<br><br>California Department of Transportation,<br><br>Defendant(s). | No. C 07-04607 TEH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _MARCH 11, 2008_

2.    Did the case settle?        ☐ fully        ☐ partially        ☒ no

3.    If the case did not settle fully, is any follow-up contemplated?

☒ another session scheduled for (date) _POSSIBLY_

☒ phone discussions expected by (date) _4-15 2008_

☐ no

4.    **IS THIS ADR PROCESS COMPLETED?**        ☐ YES        ☒ NO

Dated: _3-11-2008_                    _[signature]_

Mediator, Stewart H. Foreman
Freeland, Cooper & Foreman
150 Spear St., Suite 1800
San Francisco, CA 94105

**Certification of ADR Session**
07-04607 TEH MED