UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: March 31, 2008

**Case No:** C 07-04607 TEH

**Case Title**: ROHNERT PARK CITIZENS v. CA DEPT OF TRANSPORTATION, et al.

**Appearances:**

    For Plaintiff(s): Rose Zoia

    For Defendant(s): Charles O'Connor, Janet Wong

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Further Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 06/02/08 at 10:00 AM for Motion/CMC**

## SUMMARY

- Motion to Dismiss to be filed today and noticed for hearing on 06/02/08 at 10:00 AM