Rose M. Zoia ♦ sbn 134759
Law Office of Rose M. Zoia
50 Old Courthouse Square, Suite 401
Santa Rosa CA 95404
ph 707.526.5894
fax 707.526.5895
Attorneys for Plaintiff Rohnert Park Citizens to Enforce CEQA

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>   Defendants.<br>_____/ | CASE NO. C 007-4607 TEH<br><br>**DECLARATION OF ROSE M. ZOIA IN SUPPORT OF OPPOSITION TO DEFENDANT CALTRANS' MOTION TO DISMISS**<br><br>Date: June 2, 2008<br>Time: 10:00 a.m.<br>Ctrm: 12, Hon. Thelton E. Henderson |

I, Rose M. Zoia, declare:

   1. I am an attorney licensed to practice in the state of California and counsel for Plaintiff Rohnert Park Citizens to Enforce CEQA.

_____
Declaration in Suppport of
Opposition to Motion to Dismiss

2. In July 2004, Caltrans and the federal defendants released a joint Initial Study(CEQA)/Environmental Assessment (NEPA) (IS/EA). The IS/EA did not discuss the Graton Rancheria Casino and Hotel Project, an approximately 762,000 square foot gaming and entertainment facility within one mile from the proposed project initiated by the Federated Indians of Graton Rancheria to be developed and managed by Station Casinos, Inc. A second joint IS/EA, issued in June 2005, also did not discuss the casino.

3. In November 2006, Caltrans and the federal defendants published a joint "Negative Declaration/Initial Study (CEQA) Environmental Assessment/Finding of No Significant Impact (FONSI) (NEPA)" which also did not discuss the casino.    4. On September 6, 2007, RPCEC timely filed this mandamus action challenging Caltrans' processing and alleged approval of the project in violation of CEQA and the federal defendants' processing and approval of the project in violation of NEPA and the Administrative Procedure Act (APA). The Complaint also alleges a cause of action against Caltrans for violations of the Public Records Act.

5. In its Complaint, RPCEC claims that this Court has jurisdiction pursuant to Sections 1331 and 1361 of Title 28 of the U.S. Code because the complaint alleges violations of NEPA and the APA, both federal laws, and seeks to compel the federal defendants to perform duties owed to RPCEC, its members, and other members of the public. The Complaint also alleges that this Court has jurisdiction pursuant to Section 70l et seq. of Title 5 of the U.S. Code, because the pleading

_____
Declaration in Suppport of
Opposition to Motion to Dismiss

seeks judicial review of the action taken by one or more agencies of the United States. Further, the Complaint states that this Court has jurisdiction pursuant to Section 2201 of Title 28 of the U.S. Code, because RPCEC seeks declaratory relief against the federal defendants.  The Complaint also alleges supplemental/pendent jurisdiction over the state CEQA and PRA claims which are inextricably joined with the federal NEPA claim.

     6.  RPCEC requests a peremptory writ of mandate Caltrans and the federal defendants to set aside and void their joint approvals to reconsider the project based on an EIS/EIR that takes into account casino traffic in compliance with NEPA, the APA, CEQA, and all other applicable laws.

     7.  The federal defendants filed an Answer on November 14, 2007.  Caltrans' has not filed an answer, but filed the subject motion to dismiss six months after the complaint was filed.

     8.  According to the Neg Dec/FONSI, page 1, the total $47.8 million cost of the interchange project is to be funded by the federal Regional Transportation Improvement Program.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, based on my own personal knowledge, and that I am competent to and if called as a witness would so testify.  This declaration was executed this 13th day of May 2008, at Santa Rosa, California.

                      ____s/_____
                        Rose M. Zoia

_____
Declaration in Suppport of
Opposition to Motion to Dismiss