JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
    Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, CA 94102
    415-436-7180

Attorneys for the Federal Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>    Defendants. | Civil No. 07-04607 TEH<br><br>**UNITED STATES' STATEMENT OF NO POSITION ON MERITS OF MOTION TO DISMISS BY DEFENDANT CALTRANS**<br><br>Hearing Date: June 2, 2008<br>Hearing Time: 10:00 A.M.<br>Courtroom: 12 |

    The defendant California Department of Transportation has moved to dismiss the case against it pursuant to Federal Rules of Civil Procedure 12 (b)(1).

    The defendant United States Department of Transportation, Federal Highway Administration takes no position on the merits of the referenced motion to dismiss.

DATED: May 15, 2008          Respectfully submitted,

                             JOSEPH P. RUSSONIELLO
                             United States Attorney

                             /s/
                             _____
                             CHARLES M. O'CONNOR
                             Assistant United States Attorney

                             Attorneys for the United States of America