UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: July 14, 2008

**Case No:** C 07-04607 TEH

**Case Title**: ROHNERT PARK CITIZENS v. CA DEPT OF TRANSPORTATION, et al.

**Appearances:**

    For Plaintiff(s): Rose Zoia

    For Defendant(s): Charles O'Connor

**Deputy Clerk**: Rowena B. Espinosa     **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 (X) Continued to: **Monday, 11/10/08 at 10:00 AM for Motion Hearing**

### SUMMARY

- Plaintiff's motion shall be filed by 09/22/08; dfts' response and motion is due by 10/14/08; plaintiff's reply and opposition due by 10/27/08; dfts' reply by 11/03/08.
- Plaintiff's counsel shall prepare proposed order with dates discussed for this Court's approval.