Rose M. Zoia ♦ sbn 134759
Law Office of Rose M. Zoia
50 Old Courthouse Square, Suite 401
Santa Rosa CA 95404
ph 707.526.5894
fax 707.526.5895
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>        Defendants.<br>_____/ | CASE NUMBER C 007-4607 TEH<br><br><br><br>**[PROPOSED] ORDER**<br><br><br>Date: July 14, 2008<br>Time: 1:30 p.m.<br>Ctrm: 12, 19th Fl, SF |

A Case Management Conference in this matter having been held on July 14, 2008 and appearing as attorneys were Rose M. Zoia for Plaintiff and Charles O'Connor for Federal Defendants, the Court orders the following briefing and hearing schedule in this matter:

**[PROPOSED] ORDER**
*Rohnert Park Citizens v. CALTRANS*, et al. C 07-4607

1. Plaintiff shall file and serve its motion for summary judgment no later than September 22, 2008;

2. Federal Defendants shall file and serve its memorandum in opposition to Plaintiff's motion for summary judgment and Federal Defendants' motion for summary judgment no later than October 14, 2008;

3. Plaintiff shall file and serve its reply memorandum in support of its summary judgement motion and memorandum in opposition to Federal Defendants' motion for summary judgment no later than October 27, 2008;

4. Federal Defendants shall file and serve its reply memorandum in support of their motion for summary judgment no later than November 3, 2008; and

5. The hearing in this matter shall take place on November 10, 2008, at 10:00 a.m. in Courtroom 12 of this Court.

Dated: _____

_____
The Honorable Thelton E. Henderson

Approved as to form:

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHARLES M. O'CONNOR
Assistant U.S. Attorney
Attorneys for Federal Defendants

[PROPOSED] ORDER
*Rohnert Park Citizens v. CALTRANS*, et al. C 07-4607                                                      3