1  Rose M. Zoia ◆ sbn 134759
2  Law Office of Rose M. Zoia
3  50 Old Courthouse Square, Suite 401
   Santa Rosa CA 95404
4  ph  707.526.5894
   fax 707.526.5895
5  Attorneys for Plaintiff
6
7
8         **UNITED STATES DISTRICT COURT FOR**
9         **THE NORTHERN DISTRICT OF CALIFORNIA**
10
11
12
   ROHNERT PARK CITIZENS TO              CASE NUMBER C 007-4607 TEH
13 ENFORCE CEQA, and DOES 1 through 5,
   inclusive,
14
                  Plaintiff,
15 v.                                    [~~PROPOSED~~] **ORDER**
16 CALIFORNIA DEPARTMENT OF
17 TRANSPORTATION, UNITED STATES
   DEPARTMENT OF TRANSPORTATION,        Date: July 14, 2008
18 FEDERAL HIGHWAY ADMINISTRATION,      Time: 1:30 p.m.
   and DOES 6 through 10, inclusive,    Ctrm: 12, 19th Fl, SF
19
20                Defendants.
   _____/
21
22
23       A Case Management Conference in this matter having been held on July 14,
24 2008 and appearing as attorneys were Rose M. Zoia for Plaintiff and Charles O'Connor
25 for Federal Defendants, the Court orders the following briefing and hearing schedule in
26 this matter:
27
28
   **[PROPOSED] ORDER**
   ***Rohnert Park Citizens v. CALTRANS*, et al. C 07-4607**

1       1.    Plaintiff shall file and serve its motion for summary judgment no later

2   than September 22, 2008;

3       2.    Federal Defendants shall file and serve its memorandum in

4

5   opposition to Plaintiff's motion for summary judgment and Federal

6   Defendants' motion for summary judgment no later than October 14,

7   2008;

8       3.    Plaintiff shall file and serve its reply memorandum in support of its

9

10  summary judgement motion and memorandum in opposition to

11  Federal Defendants' motion for summary judgment no later than

12  October 27, 2008;

13      4.    Federal Defendants shall file and serve its reply memorandum in

14

15  support of their motion for summary judgment no later than

16  November 3, 2008; and

17      5.    The hearing in this matter shall take place on November 10, 2008, at

18  10:00 a.m. in Courtroom 12 of this Court.

19

20  Dated: _____07/16/08_____

21

22  _____
    The Honorable Thelton E. Henderson

22  Approved as to form:

23
    JOSEPH P. RUSSONIELLO
24  United States Attorney

25  _____/s/_____
26  CHARLES M. O'CONNOR
    Assistant U.S. Attorney
27  Attorneys for Federal Defendants

28



**[PROPOSED] ORDER**
*Rohnert Park Citizens v. CALTRANS*, et al. C 07-4607         3