IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROHNERT PARK CITIZENS TO ENFORCE CEQA,

               Plaintiff,

               v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al,

               Defendants.

NO. C07 4607 TEH

**ORDER CONTINUING HEARING ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

      To accommodate the Court's calendar, the hearing on the Parties' cross-motions for summary judgment currently set for November 10, 2008 is hereby CONTINUED to **10 A.M. on December 8, 2008.** The briefing schedule will remain the same.

**IT IS SO ORDERED.**

Dated:   September 26, 2008   _____

                                              THELTON E. HENDERSON, JUDGE
                                              UNITED STATES DISTRICT COURT