JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102
   415-436-7180

Attorneys for the Defendants

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA, and DOES 1 through 5, inclusive,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, and DOES 6 through 10, inclusive,<br><br>    Defendants. | Civil No. 07-04607 TEH<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br><br>**ORDER**<br>~~(Proposed)~~<br><br>Hearing Date: December 8, 2008<br>Time:     10:00 a.m. |

    The parties' cross motions for summary judgment ("MSJ") are scheduled for hearing on December 8, 2008, and the remaining briefing schedule is currently set as follows:

- Defendant's brief in support of MSJ and opposition to Plaintiff's MSJ is due October 14, 2008

- Plaintiff's brief in opposition to Defendant's MSJ and reply is due October 27, 2008

- Defendant's reply brief is due November 3, 2007.

    The parties hereby request that the briefing schedule be extended six days for Defendants brief in support of MSJ and one week for the other briefs, so that the revised briefing schedule would be as follows:

- Defendant's brief in support of MSJ and opposition to Plaintiff's MSJ is due October 20, 2008

- Plaintiff's brief in opposition to Defendant's MSJ and reply is due November 3, 2008

- Defendant's reply brief is due November 10, 2007.

1  The parties do not request a change in the hearing date for the motions, and if the revised
2  briefing schedule is approved by the Court, the hearing date will not be affected and will remain
3  as set for December 8, 2008.  Therefore, the parties' request to extend the briefing schedule will
4  not delay the ultimate resolution of this matter.
5  No prior extensions of the briefing schedule were requested or granted in this matter.
6  IT IS HEREBY STIPULATED by and between the parties that the current briefing
7  schedule may be amended, as follows:
8  - Defendant's brief in support of MSJ and opposition to Plaintiff's MSJ is due October 20, 2008
9  - Plaintiff's brief in opposition to Defendant's MSJ and reply is due November 3, 2008
10 - Defendant's reply brief is due November 10, 2007.

11 Dated: October 14, 2008                    Respectfully submitted,
12                                            Law Office of Rose M. Zoia

14                                            _____/s/_____
                                              ROSE M. ZOIA
15                                            Attorney for Plaintiff

17 Dated: October 14, 2008                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
18

20                                            _____/s/_____
                                              CHARLES M. O'CONNOR
                                              Assistant United States Attorney
21

22                                            Attorneys for the United States

23                                            **ORDER**

24      IT IS SO ORDERED,

26 Dated: October 14, 2008                    _____
                                              THELTON E. HENDERSON
27                                            United States District Judge

**STIPULATION TO CONTINUE BRIEFING SCHEDULE/ORDER**
Civil No. 07-04607 TEH                                                Page -2-