IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHNERT PARK CITIZENS TO ENFORCE CEQA,<br><br>                          Plaintiff,<br><br>           v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al*,<br><br>                          Defendants. | NO. C07 4607 TEH<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court is in receipt of Plaintiff's Motion for Temporary Restraining Order. Having consulted with counsel for the parties on the matter of scheduling, Defendant shall submit an opposition brief no later than 5:00 P.M. on Thursday, May 14, 2009. Plaintiff shall submit any reply brief no later than 5:00 P.M. on Monday, May 18, 2009. The parties shall appear in Courtroom 12 for a hearing on the motion on **Tuesday, May 19, 2009, at 3:30 P.M.**

**IT IS SO ORDERED.**

Dated:  May 14, 2009              _____
                                                   THELTON E. HENDERSON, JUDGE
                                                   UNITED STATES DISTRICT COURT